IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KEITH D. FREEMAN | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| CAROLYN W. COLVIN | : | NO. 16-0500 |

## ORDER

AND NOW, this 6th day of June 2016, upon consideration of Defendant's Motion to Dismiss the Complaint (ECF Doc. No. 11), Plaintiff electing not to timely file a response, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 11) is **GRANTED.**

The Clerk of Court shall **close** this case.

KEARNEY, J.